United States District Court
Southern District of Texas
**ENTERED**
November 19, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONJA L. REESE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-02787 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| ANDREW SAUL, | § | |
| Defendant. | § | |

ORDER ADOPTING
MEMORANDUM AND REPORT

Before the Court is the Memorandum and Recommendation signed by Magistrate Judge Sam Sheldon on November 3, 2020. Dkt 13. He there resolved cross-motions for summary judgment by Plaintiff Sonja L. Reese and Defendant Andrew Saul, the Commissioner of the Social Security Administration. Dkt 10; Dkt 11.

The Magistrate Judge recommended that the motion by Reese be granted, that the motion by the Commissioner be denied, and that the case be remanded to the Social Security Administration for further administrative proceedings. Dkt 13 at 16. Any objection was due by November 17, 2020, being fourteen days after the entry of the Memorandum and Recommendation. See Fed R Civ P 72(b); General Order 2002-13, General Orders of the United States District Court for the Southern District of Texas. Neither party filed an objection.

The district court conducts a *de novo* review of those conclusions of a magistrate judge to which a party has specifically objected. See 28 USC § 636(b)(1)(C); *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989). To accept any other portions to which there is no objection, the reviewing court need only satisfy itself that no clear error appears on the face of the record. See

*Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Committee Note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the recommendation. The Court finds no clear error.

The Court ADOPTS the Memorandum and Recommendation as the Memorandum and Order of this Court. Dkt 13.

The motion for summary judgment by Plaintiff Sonja L. Reese is GRANTED. Dkt 10.

The motion for summary judgment by Defendant Andrew Saul is DENIED. Dkt 11.

This case is REMANDED for further administrative proceedings.

SO ORDERED.

Signed on November 19, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge