UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONJA L. REESE, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-02787 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ANDREW SAUL, | § | |
| Defendant. | § | |

## ORDER ADOPTING
## MEMORANDUM AND RECOMMENDATION

This case involves claims by Plaintiff Sonja L. Reese against Defendant Andrew Saul, the Commissioner of the Social Security Administration, for review of the denial of supplemental security income under Title XVI of the Social Security Act. See Dkt 1.

The case was referred for disposition to Magistrate Judge Sam S. Sheldon. Dkt 9. The parties filed cross motions for summary judgment. Dkts 10, 11. The Magistrate Judge recommended that the motion by Reese be granted, that the motion by the Commissioner be denied, and that the case be remanded to the Social Security Administration for further administrative proceedings. Dkt 13. Neither party filed an objection. The Magistrate Judge's Memorandum and Recommendation was adopted as the Memorandum and Order of the Court. Dkt 14.

Reese subsequently filed a motion for attorney fees. Dkt 15. The Magistrate Judge recommended that the motion be granted with slight modification. Dkt 16. Any objection was due by April 15, 2021, being fourteen days after the entry of the Memorandum and Recommendation. See FRCP 72(b). Neither party filed an objection.

The district court conducts a *de novo* review of those conclusions of a magistrate judge to which a party has specifically

objected. See 28 USC § 636(b)(1)(C); *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989). To accept any other portions to which there is no objection, the reviewing court need only satisfy itself that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Comm Note (1983).

The Court has reviewed the pleadings, the record, the applicable law, and the recommendation. No clear error appears on the face of the record.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 16.

The motion for attorney fees by Plaintiff Sonja L. Reese is GRANTED as modified. Dkt 15. Defendant Andrew Saul, as the Commissioner of the Social Security Administration is ORDERED to pay attorney fees in the amount of $7,223.51.

SO ORDERED.

Signed on May 28, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge